Ronald A. Marron, Esq. (SBN: 175650)
**LAW OFFICES OF RONALD A. MARRON, APLC**
3636 Forth Avenue, Suite 202
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL I. KRIEGER, ON BEHALF OF HIMSELF AND AS TRUSTEE OF THE EVE E. SEMMEL REVOCABLE LIVING TRUST, Derivatively On Behalf of ARENA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JACK LIEF, DOMINIC P. BEHAN, DONALD D. BELCHER, SCOTT H. BICE, HARRY F. HIXSON, JR., TINA S. NOVA, SCOTT M. SCHNEIDER, CHRISTINE A. WHITE, M.D. and RANDALL F. WOODS, <br><br> Defendants, <br><br> -and- <br><br> ARENA PHARMACEUTICALS, INC., <br><br> Nominal Defendant. | Case No. 10cv2231-BTM-BLM <br><br><br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Filed:  October 28, 2010 <br> Judge: Hon. Barry Ted Moskowitz |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

1

Dated: _____12 / 7 / 10_____

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE LAW OFFICES OF RONALD A.
MARRON APLC

_____
Ronald A. Marron, Esq.

3636 Fourth Avenue, Ste. 202
San Diego, CA 92103
Tel.: (619) 696-9006
Attorney for Plaintiffs
    Daniel Krieger
    The Eve E. Semmel Revocable Living
        Trust

SO ORDERED:

Date: _____

_____
United States District Court Judge